UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHALID TURAANI,

    Plaintiff,

v.

JEFFERSON BEAUREGARD SESSIONS, III,
in his official capacity, ET AL.,

    Defendants.
_____/

Case No. 17-cv-14112

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
R. STEVEN WHALEN

### ORDER STRIKING OFFICIAL-CAPACITY DEFENDANTS' REPLY IN SUPPORT OF THE MOTION TO DISMISS [13]

On May 10, 2018, the official-capacity Defendants in this action filed a reply in support of their Motion to Dismiss the Complaint. *See* Dkt. No. 13. The text of this reply, including footnotes and signatures, was at least fifteen (15) pages. *See id.* Eastern District of Michigan Local Rule 7.1(d)(3)(B), however, provides that the text of a reply brief may not exceed seven (7) pages.

Accordingly, the Court will STRIKE the official-capacity Defendants' reply brief [13]. These Defendants have until Wednesday, May 23, 2018 to file a reply that complies with this Court's Local Rules.

    IT IS SO ORDERED.

Dated: May 17, 2018 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 17, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk