IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHALID M. TURAANI,

     Plaintiff,

     v.

JEFFERSON B. SESSIONS, III, in his
capacity as Attorney General of the
United States of America;
CHRISTOPHER A. WRAY, in his
official capacity as Director
of the Federal Bureau of Investigation;
CHARLES H. KABLE, IV, in his
official capacity as Director of the
Terrorist Screening Center; THOMAS
E. BRANDON, in his official capacity
as Deputy Director of the Bureau of
Alcohol, Tobacco, Firearms and
Explosives; and UNNAMED AGENT,
in his or her individual capacity as FBI
agent,

     Defendants.

Case No. 2:17-cv-14112-GAD-RSW

## UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT

Now comes undersigned counsel for Defendants, and pursuant to Local Civil

Rule 7.1(d)(3)(B), Defendants respectfully apply to this Court for leave to exceed

the 7-page limit for reply briefs set forth in the local rules by two (2) additional

pages in their forthcoming reply in support of their motion to dismiss, currently

due to this Court on May 23, 2018.[1]  Defendants contacted counsel for Plaintiff, who represented that Plaintiff has no objection to this application.

The reason these additional pages requested are necessary is primarily due to the length and complexity of the Plaintiff's complaint.  Plaintiff's 29-page complaint contains 142 paragraphs of factual allegations, and six separate causes of action, including multiple constitutional claims, centering primarily around the "constructive denial" of his rights when he alleges that he was not able to purchase a firearm.  Plaintiff's response in opposition, ECF No. 12, addresses and raises substantive points regarding five of the six causes of action, and Defendants are unable to adequately respond to these points and cite the court to the relevant factual and legal issues within the 7-page limit.

For the foregoing reasons, Defendants respectfully request leave from this Court to exceed this limit by two (2) pages, for a total of nine (9) pages, so that they can fully present their legal arguments to this Court.

---

[1]  Defendants' reply was due on May 10, ECF No. 13, but was stricken from the record on May 17 for failure to comply with the 7-page limit required by the local rules with instructions to re-file the reply by May 23, ECF No. 14.  Undersigned counsel regrets the error.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General, Civil Division

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*s/ Martin M. Tomlinson*
MARTIN M. TOMLINSON (SC Bar No. 76014)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 6134
Washington, D.C.  20530
Tel: (202) 353-4556
Fax: (202) 616-8470
E-mail:  martin.m.tomlinson@usdoj.gov

May 23, 2018                      Attorneys for Official Capacity Federal
                                  Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, I electronically filed a copy of the foregoing Unopposed Ex Parte Application for Leave to Exceed Page Limit. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/Martin M. Tomlinson
MARTIN M. TOMLINSON
May 23, 2018