UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHALID TURAANI,

    Plaintiff,

v.

JEFFERSON BEAUREGARD SESSIONS, III,
in his official capacity, ET AL.,

    Defendants.
_____/

Case No. 17-cv-14112

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
R. STEVEN WHALEN

## JUDGMENT

In accordance with the Opinion and Order entered on June 7, 2018,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the official-capacity Defendants and against the Plaintiff.

**IT IS FURTHERED ORDERED AND ADJUDGED** that judgment is entered in favor of the individual-capacity Defendant, the Unnamed FBI Agent, **WITHOUT PREJUDICE**.

Dated at Detroit, Michigan, this 7th, day of June 2018.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      BY: T. Bankston
                                      DEPUTY CLERK

## CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 7, 2018, by electronic and/or ordinary mail.
<u>/s/ Tanya Bankston</u>
Deputy Clerk